**Motion Granted; Order filed May 30, 2019**



In The

# Fourteenth Court of Appeals

————————

NO. 14-19-00257-CV

————————

## IN THE INTEREST OF K.K.B., A CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-07296J**

---

## ORDER

Appellant is represented by appointed counsel, Donald M. Crane. Appellant's brief was originally due April 30, 2019**.** We granted two extensions of time to file appellant's brief until May 30, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 30, 2019, counsel filed a further request for extension of time to file appellant's brief. We grant the request and issue the following order.

We order Donald M. Crane to file a brief with the clerk of this court on or before **June 7, 2019**. If Donald M. Crane does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM